741 A.2d 198

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**John Edward HILL, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 15, 1999.

James J. Karl, Chief Public Defender, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW**, this 15th day of December, 1999, the Petition for Allowance of Appeal is hereby **GRANTED**, limited to the following issue:

Whether an indigent defendant adjudicated as a "high-risk dangerous offender" pursuant to 42 Pa.C.S. § 9714 possesses a constitutional right to state-funded psychiatric assistance in presenting a defense against statutory enhanced mandatory punishments?